United States District Court
Southern District of Texas
**ENTERED**
January 14, 2016
David J. Bradley, Clerk

PROB 12B
(4/03)

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Robert Wayne Lockhart   Case Number: 4:07CR00051-001

Name of Sentencing Judge: The Honorable Nancy F. Atlas

Date of Original Sentence: October 23, 2007

Original Offense: Distribution of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(B), 2252A(b)(1), and 2256(8)(A-C).

Original Sentence: 110 months imprisonment, followed by lifetime term of supervised release, $100 special assessment, counseling, computer restrictions, contact with minor prohibited and sex offender registration.

Type of Supervision: Supervised Release   Scheduled Release Date: January 22, 2016

==========================================================================
**EARLIER COURT ACTION**

NONE.
==========================================================================

**PETITIONING THE COURT**

[ ]   To extend the term of supervision for  year, for a total term of years.

[X]   To modify the conditions of supervision as follows:

COMMUNITY CONFINEMENT: **The offender is required to participate in a community treatment center, halfway house or similar facility for a period of up to six (6) months, beginning immediately, or at a time determined by the probation officer.**

**CAUSE**

Mr. Lockhart is scheduled to release from the federal halfway house in Houston, Texas, on January 22, 2016. Mr. Lochart has been unable to secure a viable release plan or establish his own residence. Due to the nature of the instant offense, the United States Probation Office respectfully recommends the Court modify Mr. Lockhart's conditions of supervised release to include a halfway house placement for a term of up to six (6) months, to allow for additional time to secure permanent

Re: Robert Wayne Lockhart
Dkt. No. 4:07CR00051-001
Pg. 2

housing. Mr. Lockhart has voluntarily waived his statutory right to a hearing and to the assistance of counsel and has agreed to the modification as reflected by the attached waiver (PROB Form 49)

Approved:                                                                 Respectfully submitted:

_____                            by            _____
Kenneth W. Fulfer, Supervising                                          Kim B. Ceppi, Senior
U.S. Probation Officer                                                         U.S. Probation Officer
                                                                                           January 13, 2016

Name of Offender: Robert Wayne Lockhart
Case Number: 4:07CR00051-001
Page Number: 3

---

THE COURT ORDERS:

[ ]   No Action

[ ]   Extended Supervision as Noted

[X]   Modify Conditions as Noted

[ ]   Other:


*Nancy F. Atlas*
U. S. District Judge

Jan. 13, 2016
Date

PROB 49
(5/00)

RE: Robert Wayne Lockhart
4:07CR00051-001

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or the proposed extension of my term of supervision:

**COMMUNITY CONFINEMENT:** The defendant is required to participate in a community treatment center, halfway house or similar facility for a period of up to **six (6) months**, beginning immediately or at a time determined by the probation officer.

Witness: _Kim Ceppi_          Signed _Robert Lockhart_
         U.S. Probation Officer          Probationer or Supervised Releasee

Date: 01/08/2016              Date: 1/8/16